IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| WILLIE P. SEMIEN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 1:23-CV-00407 |
| WAL-MART STORES TEXAS, LLC, | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| *Defendant*. | § | |

## ACKNOWLEDGMENT OF JOINT STIPULATION OF VOLUNTARY DISMISSAL

The Parties have filed a Joint Stipulation for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) in this matter. [Dkt. 17]. Accordingly, the Court acknowledges that this matter is **DISMISSED WITH PREJUDICE** as to all claims filed herein effective the date of the Parties' Joint Stipulation of Voluntary Dismissal.

Each Party shall bear its own attorneys' fees and costs. All Court dates and deadlines are hereby **VACATED,** and all pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this matter.

**SIGNED this 1st day of November, 2024.**

Michael J. Truncale
United States District Judge